UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE DAVID LAVINE,

      Plaintiff,

  v.

HAROLD W. CLARKE, *et al.,*

      Defendants.

Case No. C08-5195FDB/JKA

ORDER DENYING PLAINTIFF'S SECOND REQUEST TO EXTEND DISCOVERY

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff was given leave to proceed *in forma pauperis*. Before the court is plaintiff's second request to extend the discovery cut off date in this action (Dkt. # 35). Defendants oppose the motion (Dkt. # 36).

The court extended the first discovery deadline from November 28, 2008, until February 27, 2009. In total, plaintiff has had more than eight months to conduct discovery in this action. The documents on file show he has received extensive discovery (Dkt. # 35 and 36).

Plaintiff has not shown good cause for further extensions of time and the motion is **DENIED.**

The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendant(s).

DATED this 23 day of February, 2009.

                              */S/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate