UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE DAVID LAVINE,

    Plaintiff,

  v.

HAROLD W. CLARK, et al.,

    Defendants.

Case No. C08-5195 FDB

ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING SECOND REQUEST TO EXTEND DISCOVERY

This matter comes before the Court on referral from the Magistrate Judge of Plaintiff's objection to the Magistrate Judge's Order denying Plaintiff's second request to extend discovery [Dkt. # 37]. The Court having reviewed the objection, the Magistrate Judge's order, and the remaining record, is fully informed and hereby denies the request for reconsideration.

The Court extended the first discovery deadline in this prisoner civil rights case for three months; providing more than eight months to conduct discovery in this action. The documentation in this case demonstrates that Plaintiff has received extensive discovery. Plaintiff has not complied with appropriate procedures in seeking deposition testimony. Additionally, Plaintiff has not shown that depositions are necessary to the factual development of this case. Plaintiff has not

ORDER - 1

demonstrated good cause for an additional extension of time to conduct discovery.

ACCORDINGLY;

IT IS ORDERED:

Plaintiff's Objection to Order Denying Plaintiff's Second Request to Extend Discovery [Dkt. # 50] is **DENIED**.

DATED this 23rd day of March, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2