# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BRUCE DAVID LAVINE,

                Plaintiff,

    v.

HAROLD CLARKE, *et al.*,

                Defendants.

No. C08-5195 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSIMNG ACTION WITH PREJUDICE

       The Magistrate Judge recommends that Defendant's motion for summary judgment be granted and this prisoner civil rights action be dismissed with prejudice. The Plaintiff did not respond to the motion to dismiss and has not filed an objection to the Report and Recommendation. As detailed by the Magistrate Judge, Plaintiff has failed to show a denial of access to courts. Further, Plaintiff has failed to allege facts showing personal participation by the Defendants, and Defendants are entitled to qualified immunity from suit.

       The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

       (1)     The Court adopts the Report and Recommendation;

       (2)     The Motion for Summary Judgment is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 23rd day of June, 2009.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2