AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRUCE DAVID LAVINE

JUDGMENT IN A CIVIL CASE

v.

HAROLD CLARKE, et al.,

CASE NUMBER: C08-5195FDB

<u>　　</u> **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The Motion for Summary Judgment is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

| <u>　　June 23, 2009　　</u> | <u>　　BRUCE RIFKIN　　</u> |
|---|---|
| Date | Clerk |

<u>　　*s/CM Gonzalez*　　</u>
Deputy Clerk